AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 3:22-CV-00154 | Date and time warrant executed: 10/26/2022 12:30 pm | Copy of warrant and inventory left with: Left at residence: 897 Muse Rd, Holly Springs, |
| Inventory made in the presence of: USSS Personnel | | |
| Inventory of the property taken: 2021 POLARIS ATV VIN/SERIAL: 3NSPAL927MF146645 | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date:  10/26/2022

*Cory Voce*
*Executing officer's signature*

Cory Voce- Special Agent-USSS
*Printed name and title*